

# Fourth Court of Appeals
## San Antonio, Texas

March 3, 2022

No. 04-22-00106-CV

**IN RE** Joe Anthony **ESPINOZA**, Sr.

From the County Court at Law, Kerr County, Texas
Trial Court No. 1915C
Honorable Susan Harris, Judge Presiding

# O R D E R

Sitting:    Patricia O. Alvarez, Justice
Irene Rios, Justice
Liza A. Rodriguez, Justice

The real party in interest has filed a motion for extension of time to file her response. We GRANT the motion. The deadline for the real party in interest to file a response is April 7, 2022.

It is so **ORDERED** March 3, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT